# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of K.D. and K.D., children.

T.D.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-1469

_____

April 10, 2024

Appeal from the Circuit Court for Pinellas County; Patrice W. Moore, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Stephanie E. Novenario, Senior Appellate Attorney, Tallahassee; and Amanda Victoria Glass, Senior Appellate Attorney, Tallahassee (substituted as counsel of record), for Appellee Guardian ad Litem Program.


PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.